■ ALLIANCE BROKERAGE CORPORATION, Respondent, v. HARRY WEINBERG & SONS, INC., et al., Appellants.— Order entered on September 15, 1961, denying defendants' motion for summary judgment and granting cross motion of plaintiff to strike out the defense of Statute of Frauds, unanimously affirmed, with $20 costs and disbursements to plaintiff-respondent. On the present state of the pleadings the affirmative defense based on the Statute of Frauds was properly stricken. It may be, however, if the proof should vary from the complaint with respect to the oral agreement made for the payment of premiums, that defendants will be entitled to raise the defense either by way of amendment to its pleading or even without such amendment. (*Fanger* v. *Caspary*, 87 App. Div. 417; Anno. — Pleading Statute of Frauds, 158 A. L. R. 89, 134.) Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER McMILLIAN, Appellant, v. MILTON KLEIN, as Warden of Bronx House of Detention, Respondent.— Order entered on March 15, 1962 unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ SUSAN L. ROSENSTIEL, Appellant, v. LEWIS S. ROSENSTIEL, Respondent. — Order entered on May 14, 1962, granting defendant's motion to dismiss the complaint, unanimously reversed, on consent, without costs, and the motion denied. A stay of proceedings is granted on consent and this action is consolidated with the action for annulment instituted by the defendant herein. In the event defendant husband seeks to discontinue his prayer for an annulment or starts a matrimonial action in another State, plaintiff may apply to Special Term to vacate or modify the stay of proceedings with respect to so much of the consolidated action as seeks an injunction. Settle order on notice. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ BETSY STARK, Respondent-Appellant, v. ALBERT D. STARK, Appellant-Respondent, et al., Defendants.— Order entered on November 9, 1961 so far as appealed from unanimously affirmed, with $20 costs and disbursements to the plaintiff-respondent-appellant. No opinion. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ HENRY J. COOGAN, Respondent, v. MILLICENT C. COOGAN, Appellant.— Order entered on April 26, 1962 unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ EDNA DENBERG, Respondent, v. JEROME A. DENBERG, Appellant.— Order entered on April 24, 1962 unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between NORTH QUEENSVIEW HOMES, INC., Appellant, and RHEINSTEIN CONSTRUCTION COMPANY, INC., Respondent.— Order entered on August 1, 1961 granting general contractor's motion to stay an arbitration sought by the owner unanimously affirmed, with $20 costs and disbursements to defendant-respondent. In affirming no view is expressed as to the owner's right to recover in an action at law for any alleged breach of contract. Nor is the significance of the letter which accompanied the final payment determined except that it did not serve to extend the owner's right to obtain arbitration of any disputes. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.